IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BIG DADDY GAMES, LLC,

               Plaintiff,

    v.

REEL SPIN STUDIOS, LLC, *et al.,*

          Defendants.

ORDER

12-cv-449-bbc

---

On November 28, 2012, at about 4:00 p.m., this court entered an order granting plaintiff's motion to compel defendant George Simonis, a citizen of Australia, to come to the United States to be deposed in Milwaukee, Wisconsin on December 4, 2012. *See* dkt. 115.  At about 10:00 a.m. on November 29, 2012, Simonis responded by requesting an extension of time for reasons stated.  *See* dkt. 116.

The court is willing in principle to grant Simonis an extension; however, it is up to Simonis to negotiate–quickly–the particulars of any extension with the lawyers for plaintiff Big Daddy Games, LLC.  From the court's perspective, anything that meets plaintiff's discovery needs is acceptable to the court.  The court also expects plaintiff to maintain its accommodating posture regarding this deposition.  If the affected parties report to the court that they have agreed to a new date and/or new procedure, then the court will amend its order to account for this.  Absent such an agreement, the November 28, 2012 order remains in place.

Entered this 29th day of November, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge