IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BIG DADDY GAMES, LLC,

                 ORDER

      Plaintiff,

                 12-cv-449-bbc

  v.

REEL SPIN STUDIOS, LLC;
GAME MANAGEMENT CORP.;
JAMES L. DONKER; DAVID E. GROND;
PATRICK YOUNG; WILLIAM STIMAC;
MICHAEL LINDEMAN; RHODY R. MALLICK;
DALE CEBULA; KATHLEEN MALONEY;
MATTHEW BARRETT; ROBERT L. DIENER;
THE LYONS DEN DL, LLC; NIGL'S, INC.;
GAMEDAY SPORTS BAR, INC.;
ANTLERS SPORTS BAR & GRILL, LLC;
OSHKOSH LANES LLC; BACK AGAIN
STADIUM BAR, INC.; MR. D'S TWO, LLC;
SUSIE'S TRACKSIDE LLC; LAST HURRAH LLC;
HOTEL PUB, L.L.P.; WOOD SHED, INC.;
GEORGE SIMONIS; Q GAME TECHNOLOGIES
PTY LTD; and NICK MCLEOD,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  The accompanying order resolves all of the parties' motions for summary judgment and defendants' motion to strike the testimony of Steven Haenchen. The only issue of those raised on summary judgment that will go forward is defendants' claim that plaintiff interfered tortiously with defendant Reel Spin's prospective business relationship with Fun Company. No issues relating to copyright validity or ownership remain.

  The Crown Solicitor's Office of New South Wales is requesting answers to questions

1

posed in Rosa O'Connor's letter of April 5, 2013 no later than April 12, 2013, which as you know, is April 11 in the United States. Given the outcome of the motions for summary judgment, I can think of no reason why defendants would want to take evidence from John Paul Jones.

Unless any party raises a valid objection before 3:00 p.m. tomorrow, April 11, 2013, I will advise Solicitor O'Connor that it is not necessary to depose Mr. Jones because any testimony he could give is no longer relevant to any issue in the case.

Entered this 10th day of April, 2013.

BY THE COURT:

/s/

BARBARA B. CRABB

District Judge