IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BIG DADDY GAMES, LLC,

                      Plaintiff,

      v.

REEL SPIN STUDIOS, LLC;
GAME MANAGEMENT CORP.;
JAMES L. DONKER; DAVID E. GROND;
PATRICK YOUNG; WILLIAM STIMAC;
MICHAEL LINDEMAN; RHODY R. MALLICK;
DALE CEBULA; KATHLEEN MALONEY;
MATTHEW BARRETT; ROBERT L. DIENER;
THE LYONS DEN DL, LLC; NIGL'S, INC.;
GAMEDAY SPORTS BAR, INC.;
ANTLERS SPORTS BAR & GRILL, LLC;
OSHKOSH LANES LLC; BACK AGAIN
STADIUM BAR, INC.; MR. D'S TWO, LLC;
SUSIE'S TRACKSIDE LLC; LAST HURRAH LLC;
HOTEL PUB, L.L.P.; WOOD SHED, INC.;
GEORGE SIMONIS; Q GAME TECHNOLOGIES
PTY LTD; and NICK MCLEOD,

                      Defendants.

ORDER

12-cv-449-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff has filed a motion for relief from judgment under Fed. R. Civ. P. 60(b), asking the court to amend the text order entered in this case on July 16, 2013. Plaintiff says that the court misread the terms of the parties' stipulation for dismissal (dkt. #330). After reviewing the stipulation, I agree with plaintiff that the text order was based on a misreading of the stipulation. Accordingly, I will vacate the July 16, 2013 text order and enter a new

1

order.

## ORDER

IT IS ORDERED that the July 16, 2013 text order entered in this case, dkt. # 331, is VACATED. Further, IT IS ORDERED that, in accordance with the parties' stipulation for dismissal, dkt. # 330, the parties' claims against each other are dismissed with prejudice and without costs, subject to the terms of the settlement agreements between the parties and the terms of the permanent injunctions entered on June 4, 2013.

Entered this 16th day of August, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge